No. 98–1739. WOODFORD, ACTING WARDEN *v.* CARO. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this motion and this petition. 

No. 98–1742. EDWARDS, WARDEN *v.* HERRINGTON. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 98–1783. FREEMAN ET VIR *v.* SIMON ET AL. App. Ct. Mass. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 97–9078. DOE *v.* A. M. E. ZION CHURCH ET AL., 525 U. S. 836;

No. 98–1054. MALLADI *v.* WEST, SECRETARY OF VETERANS AFFAIRS, 526 U. S. 1097;

No. 98–1431. RUPERT *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER AND/OR CONSERVATOR FOR COLUMBIA SAVINGS AND LOAN ASSN., 526 U. S. 1099;

No. 98–1587. HAYNES *v.* UNITED STATES, 526 U. S. 1116;

No. 98–7729. RICCO *v.* UNITED STATES, 525 U. S. 1168;

No. 98–7751. HENDERSON *v.* HENNEBERRY, DIRECTOR, PATUXENT INSTITUTION, ET AL., 526 U. S. 1026;

No. 98–7938. DAVIS *v.* LENSING, WARDEN, ET AL., 526 U. S. 1053;

No. 98–8103. DUNLAP *v.* PECO ENERGY CO. ET AL., 526 U. S. 1073;

No. 98–8185. PRICE *v.* RYDER SYSTEM, INC., ET AL., 526 U. S. 1089;

No. 98–8294. SUMTER *v.* NEW JERSEY, 526 U. S. 1100;

No. 98–8402. UNDERWOOD *v.* MERIWETHER COUNTY, GEORGIA, ET AL., 526 U. S. 1119;

No. 98–8438. ABIDEKUN *v.* MARY IMOGENE BASSETT HOSPITAL, 526 U. S. 1120;

No. 98–8469. SMITH *v.* MISSISSIPPI, 526 U. S. 1092;

No. 98–8606. CLOUD *v.* WEBB, 526 U. S. 1134;

No. 98–8607. COTNER v. HARGETT, WARDEN, ET AL., 526 U. S. 1134;

No. 98–8651. HAUPT v. DEPARTMENT OF VETERANS AFFAIRS ET AL., 526 U. S. 1135;

No. 98–8741. IN RE NOBLE, 526 U. S. 1097;

No. 98–8749. GONZALES v. ARIZONA, 526 U. S. 1136;

No. 98–8766. CARROLL v. UNITED STATES, 526 U. S. 1104; and

No. 98–8925. IN RE ROGERS, 526 U. S. 1097. Petitions for rehearing denied.

## JUNE 25, 1999

No. 98–9525. BUEHL v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.1.

## JULY 6, 1999

No. 99–5107 (A–28). PROVENZANO v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution.

No. 99–5125 (A–32). WHITE, NEXT FRIEND TO HEIDNIK v. HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. Certiorari denied.

## JULY 7, 1999

No. 99–5029 (A–13). IN RE NEWSTED. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.